IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JANE MYDLER,**

    **Plaintiff,**

    **vs.**                      Cause No. 06-CV-448 DRH

**UNITED STATES OF AMERICA,**

    **Defendant**.

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

November 5, 2007                        By:   s/Patricia Brown
                                                         Deputy Clerk

APPROVED: /s/     DavidRHerndon
                 **CHIEF JUDGE**
                 **U.S. DISTRICT JUDGE**